UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Fees for Admission to the Bar              :         M10-468
of This Court, Payments Into               :
Miscellaneous Fund For Benefit             :
of the Bench and Bar of the Southern       :         ORDER
District of New York, Establishment,       :
Plan for Administration and Operations     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Effective as to all applications for admission to practice filed on and after July 1, 2011, the fee for admission of attorneys to practice before this Court is hereby established at $200.00. One-hundred and fifty dollars ($150.00) shall be deposited by the Clerk of the Court with the Treasury of the United States under P.L. 104-317 (1996), and the balance shall be deposited in the Miscellaneous Fund for Benefit of the Bench and Bar of the Southern District of New York and administered as hereinafter set forth.

      This Standing Order was approved at a regular meeting of the Board of Judges of the Court held on March 23, 2011.

**SO ORDERED.**

_____
Loretta A. Preska, Chief Judge

Dated:    New York, New York
             June 30, 2011

g:\elly\misc fund - guidelines - 2011 - order - Fee - June.wpd